O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 09-085 DOC (ANx)                          Date: January 21, 2009

Title: Ferdinand M. Evaldez, Redemptor Serran. V. First Franklin Loan Services, et al.

DOCKET ENTRY
      [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____  Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  Kristee Hopkins  |  Not Present  |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                          NONE PRESENT

PROCEEDING (IN CHAMBERS): Denying Ex Parte Application for a Temporary Restraining Order

      Plaintiffs moved for a temporary restraining order (TRO) to prevent a foreclosure sale of certain properties scheduled for January 22, 2009, at 10:00 a.m. Plaintiffs filed their motion at approximately noon on January 21, 2009. Plaintiffs' ex parte application for a TRO nowhere indicates that defendants were notified of the application nor does it indicate why notice to the defendants is unnecessary in these circumstances. *See* Fed R. Civ. P. 65(b)(1); Local R. 17-19, 17-19.1, and 17-19.2.

      Plaintiffs have failed to show why such a drastic remedy of a TRO without notice to the adverse parties is warranted in these circumstances. Plaintiffs last-minute filing denies defendants their due process rights to be heard and respond. Further, the facts as alleged by Plaintiffs do not adequately show that Plaintiffs could not have filed their application sooner. Plaintiffs allege that the Notices of Default as to the properties were filed on June 6, 2008, and July 24, 2008. (Compl. ¶ ¶ 13,16). The Notice of Defaults filed almost 6 months ago put Plaintiffs on notice of the likelihood of foreclosure proceedings. Plaintiffs offer no legitimate explanation for not seeking their emergency relief months ago.

MINUTES FORM 11 DOC                                              Initials of Deputy Clerk _kh__
CIVIL - GEN                                                                  Page 1 of 2

Accordingly, Plaintiffs' ex parte application for a TRO is hereby DENIED.

The Clerk shall serve this minute order on all parties to the action.